# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

143621

TIMOTHY ADER,
          Plaintiff-Appellee,

v

DELTA COLLEGE BOARD OF TRUSTEES,
          Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143621
COA: 290583
Saginaw CC: 08-001822-CZ

      On order of the Court, the application for leave to appeal the July 14, 2011 judgment of the Court of Appeals is considered, and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

_____
Clerk

p0125